IN THE UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA
FRESNO

| UNITED STATES OF AMERICA, | JUDGMENT |
| v. | INCLUDING SENTENCE UNDER THE SENTENCING REFORM ACT |

JESSE C. STUBBS                        CASE NO: MJ-F-04-2310 DLB

                                       C Leonetti, AFD
                                       (Defendant's Attorney of Record)

**THE DEFENDANT** was found guilty on Count TWO, in the (X) Information
( ) Violation, after a (X) plea of guilty ( ) court trial.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:

| TITLE & SECTION | NATURE OF OFFENSE | COUNTS NUMBER(s) | DATE OF OFFENSE |
|---|---|---|---|
| 36 CFR Section 4.23(a)(1); 36 CFR 4.2(b) and CVC Section 23140(a) | DRIVING UNDER THE INFLUENCE OF ALCOHOL OPERATING A MOTOR VEHICLE WITH BLOOD ALCOHOL GREATER THAN 0.05 PERCENT | TWO | SEPTEMBER 25, 2004 |

The defendant is sentenced as provided in pages 1 through 2 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[X]   Count   ONE   Dismissed on Motion of the Government.

[X]   The fine imposed by this Judgment is $990.00, and is payable to the Clerk of the court. The defendant shall make monthly installments in the amount of $100.00 commencing on 5/31/05.

[X]   The mandatory special assessment imposed by this sentence is $ 10.00, payable to the Clerk of the court.

[ ] No fine is imposed, due to the defendants' inability to pay.

[ ] Restitution imposed by this Judgment is $ _____, payable to:

_____
(Payee's Name)

_____
(Payee's Address)

_____
(City, State, Zip Code)

**IT IS FURTHER ORDERED that** the defendant shall notify the United States Attorney for this district within 30 days of any change of residence or mailing address until all fines, restitution, costs and special assessments imposed by this Judgment are fully paid.

Original - Court; Copies to: Defendant, Defendant's counsel, Probation, U.S. Attorney, U.S. Marshal, Pretrial Service, Financial

DEFENDANT:                          **JUDGMENT - Page 2 of 2**

CASE NO.: MJ-F-04-2310

Social Security Number: 8416

Date of Birth: 1984

    The defendant is placed on **Limited Supervised Probation** for 1 YEAR, and shall abide by the following standard conditions adopted by the court:

1. The defendant shall not commit another federal, state, or local crime, and not illegally possess a controlled substance. Revocation of probation is mandatory for illegal possession of a controlled substance.
2. The defendant shall report, forthwith, to the probation officer and thereafter as directed.
3. The defendant shall answer truthfully all inquiries by the probation officer, and follow the instructions of the probation officer.
4. The defendant shall notify the probation officer within 72 hours of any change in residence or employment, and of any arrest, citation, or contact with law enforcement officers.
5. The defendant shall make payments on all financial obligations imposed by this judgment in installments as directed by the probation officer.

**You shall comply with the following special conditions:**

[ ] ___ months/days jail facility, pursuant to 18 U.S.C. 3563 (b)(10), to commence as directed by the probation officer.

[ ] ___ months/days Community Corrections Center, pursuant to 18 U.S.C. 3562(b)(11), as directed by the probation officer. Pay costs of confinement, as determined by the Bureau of Prisons.

[ ] ___ hours of unpaid community service, and pay fees not to exceed $ ___, as directed by the probation officer.

[ ] Probation shall become unsupervised upon completion of all special conditions and payment of financial obligations, set forth by this court.

[X] The defendant shall complete and attend a First Offender program for 6 months. The defendant shall also submit a Proof of completion of program.

[ ]

Mailing Address:                                  Date of Sentencing: 4/25/2005

POST OFFICE BOX 235

                                                       /s/ Dennis L. Beck

SEQUOIA NATIONAL PARK 93262            Signature of Judicial Officer

Residence Address:

                                                   DENNIS L. BECK, U.S. MAGISTRATE JUDGE

SAME AS ABOVE                           Name & Title of Judicial Officer

County: TULARE COUNTY                           DATE: May 4, 2005